**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRIEK A. VORNES, SR.,                                                           PLAINTIFF
ADC #112874

v.                                      No. 3:11CV00042 JLH-JTK

DALE COOK, et al.                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE